CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

FEB 02 2010

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | : | Case No. 7:09-M-089 |
| | : | |
| Premises located at 285 Stonelonesome Road | : | |
| Rustburg, Virginia 24588 | : | |
| | : | **SEALED** |
| | : | |

ORDER

It is hereby ORDERED that the search warrant, affidavit and all related documents in the above-captioned matter be placed under seal for thirty days.

ENTERED: This 2nd day of February, 2010.

_____
UNITED STATES MAGISTRATE JUDGE