CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

APR 28 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN THE MATTER OF THE SEARCH OF: : Case No. 7:09-M-089
:
Premises located at 285 Stonelonesome Road :
Rustburg, Virginia 24588 :
: **SEALED**
:

ORDER

It is hereby ORDERED that the search warrant, affidavit and all related documents in the above-captioned matter be placed under seal for thirty days.

ENTERED: This 28th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE