# SEALED

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION



IN THE MATTER OF THE SEARCH OF:  :  Case No. 7:09-M-089
:
Premises located at 285 Stonelonesome Road  :
Rustburg, Virginia 24588  :
:  **SEALED**
:

ORDER

It is hereby ORDERED that the search warrant, affidavit and all related documents in the above-captioned matter be placed under seal for thirty days.

ENTERED: This 27th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE